# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     <u>Bowker v. United States</u>     :     CIVIL NO. 1:CV-07-0411
           <u>of America</u>                  :
                                              :
Inmate:    Erik S. Bowker                     :     (Judge Conner)
                                              :
ID Number: 53837-060                          :     (Magistrate Judge Mannion)

## ORDER

On March 5, 2007, Erik S. Bowker, an inmate currently confined at the Coleman-1 United States Penitentiary, Coleman, Florida, filed a civil rights complaint without submitting a filing fee or the forms required to proceed in forma pauperis in a civil rights case. By Administrative Order dated March 9, 2007, the Plaintiff was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $350.00 or filed a properly completed application to proceed in forma pauperis and an authorization form. The proper forms were enclosed with that Order. Notwithstanding this admonition, thirty (30) days have elapsed and the Plaintiff has neither made an appropriate submission[1] nor requested an extension of time in which to do so.

---

1. On March 27, 2007, Bowker submitted a hand-written in forma pauperis application, but did not complete and return the application to proceed in forma pauperis and authorization form which were provided to him.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge

DATE:       April 13, 2007